NUMBER 13-09-00565-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

CITY OF PHARR, TEXAS,                                                                        APPELLANT,

v.

STEPHANIE DAVIS GOWER,                                                                 APPELLEE.

**On Appeal from the County Court at Law No. 1
of Hidalgo County, Texas.**

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Benavides and Vela
Memorandum Opinion Per Curiam**

Appellant, City of Pharr, Texas, perfected an appeal from a judgment entered by the County Court at Law No. 1 of Hidalgo County, Texas, in cause number CL-08-2999-A. The parties have filed a joint waiver of further appeal rights and request for issuance of mandate on grounds that the parties no longer desire to appeal any portion of the

order the subject of this appeal. The parties request that this Court dismiss the appeal and issue its mandate.

The Court, having considered the documents on file and the joint motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained.

The parties request immediate issuance of our mandate. Rule of Appellate Procedure 18.1(c) authorizes the early issuance of mandate on the motion of the parties. Tex. R. App. P. 18.1(c). We grant the joint motion. We direct the Clerk of the Court to issue the mandate immediately.

PER CURIAM

Delivered and filed the 29th
day of April, 2010.